```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                         :
  SABRINA BENNETT,                                       :
                                                         :
                              Plaintiff,                 :
                                                         :           23-CV-5400 (VSB)
                  -against-                              :
                                                         :               ORDER
                                                         :
  T & J 2006, LLC, STARBUCKS                             :
  CORPORATION,                                           :
                                                         :
                              Defendants.  X
---------------------------------------------------------
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

    I am in receipt of Defendant Starbucks Corporation's letter, dated October 3, 2023, requesting an extension of time for both Defendants in this case to respond to Plaintiff's complaint. (Doc. No. 17.) IT IS HEREBY ORDERED THAT the deadline to respond to the complaint is extended until November 3, 2023.

SO ORDERED.

Dated: October 4, 2023
       New York, New York

                                                    Vernon S. Broderick
                                                    United States District Judge